UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**JEREMY SCOTT MITCHEM,**
  Plaintiff,

v.

**BLAKE DEAN, et al.,**
  Defendants.

Case No. 5:21-cv-1026-CLM-SGC

## MEMORANDUM OPINION

  The Magistrate Judge has entered a report, recommending the dismissal of this case without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 9). The Magistrate Judge advised Plaintiff Jeremy Scott Mitchem of his right to file objections within 14 days. But the court hasn't received any objections.

  After considering the record and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will dismiss this case without prejudice for failing to state a claim upon which relief can be granted.

  The court will enter a separate final judgment.

  **Done** on September 14, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE